# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

AGNES SUEVER, deceased;
MADONNA SUEVER; STEVE TUCKER;
ALEXANDER VONDJIDIS; RICHARD W.
SEITZINGER; JO-ANN SEITZINGER,
individually and as trustees for the
Seitzinger Family Trust;
JOHNSTONE WHITLEY; TONY LEE;
LYNN KEITH, on behalf of
themselves as individuals and as
taxpayers on behalf of other
persons similarly situated,
    *Plaintiffs-Appellants,*

   v.

KATHLEEN CONNELL, in her
individual capacity as former State
Controller of the State of
California; RICHARD CHIVARO, in
his individual and official
capacity; GEORGE DELEON, in his
individual and official capacity;
STEVE WESTLY, in his individual
and official capacity as Controller
of the State of California, and its
custodial capacity as administrator
for the Unclaimed Property Fund;
JOHN CHIANG,
    *Defendants-Appellees.*

No. 10-17127

D.C. No.
5:03-CV-00156-RS
Northern District of
California,
San Jose

ORDER

Filed June 4, 2012

Order by Judge D.W. Nelson

6567

# ORDER

D.W. NELSON, Circuit Judge:

After this matter was assigned to me, I determined in the course of pre-argument preparation that I appear to be a member of the putative plaintiff class, though it is as yet uncertified, as I own property that appears in the California State Controller's database of unclaimed property.

A fellow judge of this Court recently confronted a similar situation, though in that case the judge appeared to be a member of the certified class. At any rate, the judge concluded that her "decision not to recuse is authorized by [28 U.S.C.] § 455(f), strikes the appropriate balance between securing the interests of impartiality and its appearance and reducing the practical costs that unnecessary recusal entails, and does not diminish public respect for the judiciary." *Stern v. Gambello*, 2012 WL 1583305 (9th Cir. May 4, 2012) (quoting *In re Literary Works in Elec. Databases Copyright Litig.*, 509 F.3d 136, 144 (2d Cir. 2007)). In accordance with § 455(f), the judge announced that she would forego any financial interest in the class settlement or in any future settlement or adjudication. *Id.*

I have considered whether I should recuse myself from this case because of the possibility of class membership. However, after reviewing the analysis in *Stern* and *In re Literary Works*, I believe recusal in this case would be inappropriate, especially given that the class is not yet certified. I therefore will not recuse, but rather announce that I will forego any financial interest in this putative class and will not accept any payments due myself as a member of the putative class.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2012 Thomson Reuters.